AO 91 (Rev. 08/09) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 04 2026

ERIK PALTROW
CLERK OF COURT

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
Jacob Wayne Gill

*Defendant(s)*

Case No. 26-2806MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 2023 - April 2024 in the county of Dona Ana in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan Beck, HSI Special Agent

*Printed name and title*

Telephonically sworn and electronically signed.

Date: 4 June 2026

*Judge's signature*

City and state: Las Cruces, New Mexico

Gregory B. Wormuth, U.S. Magistrate Judge

*Printed name and title*

## Affidavit

1. I, Special Agent Ryan Beck, your affiant, am a Special Agent with Homeland Security Investigations (HSI) and have been so employed since September of 2020. Prior to becoming a Special Agent, I earned a Bachelor's degree in Criminal Justice from New Mexico State University. I am classified, trained and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned as a criminal investigator for the Assistant Special Agent in Charge (ASAC), Las Cruces, New Mexico. Prior to my current position, I was a police officer certified through the state of New Mexico from June 2012 through September 2020. During the course of investigation, I have consulted with other HSI Special Agents and other law enforcement detectives and officers who have extensive experience investigating child exploitation. Your affiant has participated in numerous state and federal investigations and received training, education, and experience with the identification and investigation of child exploitation violations. I have been personally involved with the execution of arrest warrants and search warrants to search residences and businesses and seize materials relating to child exploitation.

2. The information set forth in this affidavit was derived from my own investigation and/or communicated to me by other sworn law enforcement officers. Because this affidavit is submitted for the limited purpose of securing a criminal complaint, your affiant has not included each and every fact known to me concerning this investigation. Your affiant has set forth only those facts that your affiant believes are necessary to establish probable cause to support a criminal complaint against Jacob Wayne Gill for Production of Child Pornography, in violation of 18 U.S.C. § 2251(a), and Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B).

## Relevant Statutes

3. Production of Child Pornography, in violation of 18 U.S.C. § 2251(a), provides "any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor

in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e)."

4. Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B), provides "any person who . . . knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer . . . shall be punished as provided in subsection (b)."

## Details of the Investigation

5. In March 2026, your affiant received information from Las Cruces Police Department (LCPD) Detective Pierce Wilber regarding an investigation conducted by LCPD involving Jacob Gill, who had been arrested and charged by LCPD on April 25, 2024 for violations of New Mexico state law concerning possession of child pornography.

6. In March 2024, Detective Wilber reviewed National Center for Missing and Exploited Children (NCMEC) Cybertips #167226153, 166709906, 170140391, 170027658, 167009540, 181523371, 182881845, 183335576, 1834373385 and learned that starting on July 18, 2023, with Cybertip #166709906, the Synchronoss Technology Inc (Verizon cloud storage services) account belonging to Jacob Gill, phone number 503-405-6416, address of 8338 Green Run Road in La Mesa, New Mexico, was flagged by the electronic service provider (ESP) for having four files uploaded to the cloud-based storage account that were suspected child pornography. The ESP or its representatives viewed all four files and forwarded them to NCMEC. Those files were reviewed by NCMEC and forwarded to the New Mexico Attorney General's Office (NMAGO).

a. The first file uploaded on July 18, 2023 had a filename of 07484276bb2b4686874b46235805afeb_4995a8f15f45ea2d610da95c320afbf416845d2dc15c58a1dad002646da18eeb. Detective Wilber viewed this file and described it as a video file in which a young female was laying naked on her back on a bed and was performing oral sex on an erect penis. The female appeared to be in the age range of 7 to 10 years old with no breast development or body hair, and a youthful face consistent with a pre-pubescent child. A missing tooth could be seen in the mouth of the child on the upper teeth. Your affiant later viewed this file and concurred with the accuracy of the description.

b. The second file uploaded on July 18, 2023 had a file name of 07484276bb2b4686874b46235805afeb_96c40edfd9bd52aa9c8b0ee7b18ba49b81525d0cbec138f445358f46318916d7. Detective Wilber viewed this file and described it as a video file of a young female naked on a bed performing oral sex on an erect penis. The female appeared to be in the age range of 7 to 10 years old with no breast development or body hair, and a youthful face consistent with a pre-pubescent child. She was also making verbal sounds and her voice was consistent with a younger child. Your affiant later viewed this file and concurred with the accuracy of the description.

c. The third file uploaded on July 18, 2023 had a file name of 07484276bb2b4686874b46235805afeb_d97116da010cfbf23af924eca494a62c73293b5e1e0305757fc5e902ed40e5b0. Detective Wilber viewed this file and described it as a video file of two young African children (one female and one male) who appeared no older than 3 or 4 years old. They appeared to have been guided to simulate sex and the male child could be seen thrusting near the unclothed genital region of the female child, who was unclothed with her legs spread. The video sounded as if there were adults off camera giving directions in a foreign language. Your affiant later viewed this file and concurred with the accuracy of the description.

d. The fourth file uploaded on July 18, 2023 had a file name of 07484276bb2b4686874b46235805afeb_29329a19d38c31e8fc10ca3fdc594609fb2550c8f298d069815389fa0173e61f. Detective Wilber viewed this file and described it as a video file showing a pubescent girl who appeared in the age range of 11 to 13 years old based on her appearance, size, breast and hip development, lack of body hair, and youthful appearing face. The female was on a bed exposing her vagina and anus then turned and began performing oral sex on an erect penis. Your affiant later viewed this file and concurred with the accuracy of the description.

7. On January 19, 2024, NMAGO petitioned the Bernalillo County Grand Jury for a subpoena Duces Tecum for Verizon. The information sought from Verizon were records pertaining to Verizon phone number 503-405-6416 being utilized to upload child exploitive material on July 18, 2023.

8. On January 25, 2024 Verizon responded and sent NMAGO the following information:

   a. The phone number 503-405-6416 was registered to Jacob Gill.

   b. The address on the account was 165 Oban Ct in Las Cruces, NM.

   c. Two email addresses associated with the Verizon phone number were officergill@gmail.com and kayla.palmer7@yahoo.com.

9. NMAGO forwarded the NCMEC Cybertip and Verizon subpoena documents to the Las Cruces Area Internet Crimes Against Children Task Force, of which Detective Wilber was a member.

10. Detective Wilber reviewed the information and learned there were eight linked NCMEC Cybertips, which were all forwarded from Synchronoss Technologies (Verizon Cloud) with the same suspect of Jacob Gill, phone number 503-405-6416.

11. Detective Wilber reviewed those Cybertips as well, which included:

a. Cybertip #167226153 from an incident of suspected child pornography being uploaded onto the account of Jacob Gill, phone number 503-405-6416 on July 25, 2023. There were three files uploaded, which were all viewed by the ESP. Detective Wilber and your affiant viewed the images/videos and they were consistent with child exploitive material.

b. Cybertip #170140391 from an incident of suspected child pornography being uploaded onto the account of Jacob Gill, phone number 503-405-6416 on August 9, 2023. There was one file uploaded, which was viewed by the ESP. Detective Wilber and your affiant viewed the image/video and it was consistent with child exploitive material.

c. Cybertip #170027658 from an incident of suspected child pornography being uploaded onto the account of Jacob Gill, phone number 503-405-6416 on August 8, 2023. There were four files uploaded which were all viewed by the ESP. Detective Wilber and your affiant viewed the images/videos and they were consistent with child exploitive material.

d. Cybertip #167009540 from an incident of suspected child pornography being uploaded onto the account of Jacob Gill, phone number 503-405-6416 on July 23, 2023. There was one file uploaded which was viewed by the ESP. Detective Wilber and your affiant viewed the image/video and it was consistent with child exploitive material.

e. Cybertip #181523371 from an incident of suspected child pornography being uploaded onto the account of Jacob Gill, phone number 503-405-6416 on December 4, 2023. There were two files uploaded which were viewed by the ESP. Detective Wilber and your affiant viewed the images/videos and they were consistent with child exploitive material.

f. Cybertip #182881845 from an incident of suspected child pornography being uploaded onto the account of Jacob Gill, phone number 503-405-6416 on December 22, 2023. There was one file uploaded which was viewed by the ESP.

Detective Wilber and your affiant viewed the image/video and it was consistent with child exploitive material.

g. Cybertip #18335576 from an incident of suspected child pornography being uploaded onto the account of Jacob Gill, phone number 503-405-6416 on December 30, 2023. There were 156 files uploaded which were viewed by the ESP. Detective Wilber and your affiant viewed numerous images and videos, and those viewed were all consistent with child exploitive material.

h. Cybertip #183437335 from an incident of suspected child pornography being uploaded onto the account of Jacob Gill, phone number 503-405-6416 on January 1, 2024. There was one file uploaded which was viewed by the ESP. Detective Wilber and your affiant viewed the image/video and it was consistent with child exploitive material.

12. Detective Wilber conducted record checks in available law enforcement databases and learned that Jacob Gill was reportedly an employee at a Las Cruces computer business called "Calculex." Gill also had it posted as his job on his public Facebook profile, which was under the name "Jake Gill."

13. According to databases such as LexisNexis, the email address "officergill@gmail.com" was associated to Jacob Gill, as well as the phone number 503-405-6416. The "kayla.palmer7@yahoo.com" email address was believed to be that of his wife, Kayla Gill (Palmer). A search on LinkedIn showed previous employment history for Jacob Gill as a police officer for three years and he currently reported himself to be a security officer at his current work.

14. Additional record checks listed Jacob Gill's address as 8338 Green Run Road in La Mesa, NM, as provided by Synchronoss Technologies in the NCMEC Cybertips.

15. The other address provided by Verizon pursuant to the Grand Jury subpoena, 165 Oban Court in Las Cruces, was a former address of Jacob Gill's and belonged to his brother, Chad Gill.

16. Detective Wilber located a police report (LCPD case #2021-87743) from August 27, 2021 in which Jacob Gill was reportedly staying with his brother at 165 Oban Court.

17. Detective Wilber located another police report (LCPD case #2022-65611) from July 1, 2023, in which Jacob Gill called police to report a trespasser at his work, Calculex, and used phone number 503-405-6416 to call 911.

18. Subpoena returns from Workforce Solutions of New Mexico showed that Jacob Gill did work for Calculex, as stated in the police reports. According to the information obtained by the state, Jacob Gill did live at 8338 Green Run Road in La Mesa.

19. Detective Wilber drove by 8338 Green Run Road and observed Jacob Gill's orange Toyota truck with New Mexico license plate "759WWK," registered to Jacob and Kayla Gill.

20. Detective Wilber observed the same truck parked in front of Calculex on Las Cruces Street on multiple occasions during business hours.

21. Detective Wilber completed a search warrant for Synchronoss Technologies and once the warrant was reviewed and signed by a judge at the Third Judicial District Court in Las Cruces, the search warrant was sent to Synchronoss via email on March 19, 2024.

22. Synchronoss sent the production, pursuant to the search warrant, to Detective Wilber electronically and Detective Wilber reviewed the production. Your affiant has also reviewed the production.

23. Per the production, on December 27, 2023, files were uploaded onto the cloud for Jacob Gill's phone that were consistent with child pornographic material that Detective Wilber and your affiant observed in Cybertip #18335576.

24. On July 4, 2023, a file titled "Maisi SS-024/Pink Sting Thong (11 yrs) (201 images) was uploaded into Jacob Gill's cloud, which depicted multiple images of a young female who appeared to be around the age of 11 years old, based on physical development and appearance, and she was spreading her legs in a see-through pink thong and her vaginal area could be seen through the cloth and her breast area was exposed.

25. Detective Wilber observed text messages saved to Jacob Gill's cloud in July 2023 where he was asked, "Great. Location? Phx?" Jacob Gill responded "About a 100 miyes. Away from Phoenix."

26. Detective Wilber recalled from the disclosure from Verizon pursuant to NMAGO's subpoena that in July 2023, the IP address for Jacob Gill's cell phone usage was near Phoenix, Arizona.

27. Detective Wilber observed a picture uploaded to Jacob Gill's cloud on December 14, 2023, which was a plane ticket from Denver, Colorado to Portland, Oregon in the name of "Jacob Wayne Gill."

28. On April 24, 2024, Detective Wilber obtained an arrest warrant for Jacob Gill, charging him under New Mexico state law with Sexual Exploitation of Children (Possession), pursuant to NMSA 30-6A-3(A).

29. Jacob Gill was taken into custody on the warrant on April 25, 2024. During a post-Miranda interview, Gill admitted to using his cell phone to download a large amount of pornography on a previous date and noticed that some of the downloaded content included child pornography. He stated he deleted the content from his phone but was later notified by the ESP that the content had been uploaded to his cloud. Gill advised that he then deleted the content from his cloud, as well.

30. When asked about additional instances in which child pornography had been downloaded or uploaded to his cloud, Jacob Gill advised he could not recall those instances.

31. Also on April 25, 2024, Detective Wilber conducted interviews of multiple acquaintances of Jacob Gill. Through the interviews, Detective Wilber was informed of a potentially inappropriate relationship Gill had with a 16-year-old female, hereafter referred to as "V1," in which Gill allegedly provided V1 with alcohol on at least one prior occasion at Gill's residence.

32. On April 26, 2024, a safehouse interview was conducted of V1. During the interview, V1 disclosed that she had deleted multiple text messages between her and Jacob Gill due to a "situation."

33. V1's father later provided Detective Wilber with phone records that revealed almost 400 text messages between V1 and Jacob Gill in January 2024, including 225 text messages between the two of them on January 7, 2024 alone.

34. A phone extraction was conducted of V1's cell phone, which revealed that most of the text messages with Jacob Gill had been deleted.

35. On May 10, 2024, a second safehouse interview was conducted of V1. During the interview, V1 disclosed that she and her family knew Jacob Gill through their church and that Gill had assisted her in selecting a vehicle to purchase.

36. V1 stated that after purchasing a vehicle, she and Gill would work on it at his residence. V1 advised that on multiple occasions, Gill would allow her to drink alcohol, to include "old fashioned" cocktails and beers. V1 further described that Gill made her feel like she could tell him anything and that he would not tell her parents.

37. V1 disclosed an incident in which she contacted Jacob Gill regarding an infection she had on her vagina. She stated she was afraid to talk to her parents about it and that Gill agreed to pick up a cream for her. While doing so, V1 said that Gill told her to send him a picture of the infection to assist in identifying which cream to get. V1 stated she did send a picture message of the infection on her vagina to Gill.

38. After sending the first picture, V1 said Jacob Gill asked her to send additional photos, to which V1 declined. V1 advised she did not remember the exact date of the incident but believed it occurred in 2024. She also stated that at the time of the incident, she was focused on and scared about the infection but later realized that the situation with Gill was "not okay."

39. V1 further disclosed that she deleted the picture and text messages with Gill from her phone, to include additional messages about drinking alcohol, because she did not want

her parents to find out. After deleting the messages, V1 said Gill also instructed her to delete the messages from her phone.

40. During an analysis of V1's phone extraction, messages were located between V1 and Gill, who was saved in V1's contacts as "Jake" with phone number 503-405-6416.

41. Based on the number of text messages and context of the conversation, it appeared that many messages were missing from the phone extraction. Of the remaining messages, the following were present:

   a. On January 7, 2024 at 10:18 PM, Gill sent V1 text messages that read, "They said that you should clean it with warm water and then dry it off. Really good with the towel. You're not gonna use again and then apply that stuff and it should start to harden up. They said that if you're in pain, you can take ibuprofen or aspirin."

   b. At 10:22 PM, Gill sent V1 a text message that reads, "And just so you know, in the future. You might get more outbreaks for no reason."

   c. At 10:31 PM, V1 sent Gill a text message that reads, "Btw what do I owe u."

   d. At 10:33 PM, Gill sent V1 a text message that reads, "Haven't decided."

   e. At 10:34 PM, V1 sent Gill a text message that reads, "I meant $ I can at least pay u back for the cream…"

   f. At 10:42 PM, Gill sent V1 a text message that reads, "Don't forget to delete all of this."

   g. At 10:42 PM, V1 sent Gill a text message that reads, "Already don't. Done."

   h. On January 23, 2024 at 9:57 PM, Gill sent V1 text messages that read, "I'm pretty sure y'all have basil Haden. In not go look and tell me what you have. If*"

   i. Basil Hayden is a brand of Kentucky bourbon whiskey.

j. At 9:58 PM, V1 sent Gill a text message that reads, "Ok I will in a bit when the advisors aren't around."

k. On March 3, 2024 at 1:33 PM, V1 sent Gill a text message that reads, "What do u want to drink."

l. At 1:34 PM, Gill sent V1 a text message that reads, "An old fashion."

**Conclusion**

42. Based on all of the above information, your affiant submits there is probable cause to believe that Jacob Gill committed Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) and Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

Prosecution of Jacob Wayne Gill was approved by Assistant United States Attorney James Dickens.

Ryan Beck, Special Agent
Homeland Security Investigations

Subscribed and sworn before me this 4th day of June, 2026.

Honorable Gregory B. Wormuth
United States Magistrate Judge