IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 26-MJ-0002806 GBW |
| | ) | |
| JACOB GILL, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND GRAND JURY DEADLINE**

Defendant Jacob Gill, by and through his counsel of record, Jason Bowles of Bowles Law Firm, hereby respectfully moves this Court for a sixty-day (60) continuance to bring this case before the grand jury for indictment pursuant to 18 U.S.C. § 3161(h)(7)(A). As grounds undersigned counsel states:

1. On June 4, 2026, Mr. Gill was charged by criminal complaint alleging Production of Child Pornography under 18 U.S.C. § 2251(a) and Production of Child Pornography under 18 U.S.C. § 2252A(a)(5)(B). Mr. Gill turned himself in on July 14, 2026.

2. The deadline for grand jury presentment is August 13, 2026.

5. Mr. Gill requests a sixty-day (60) extension for the grand jury deadline, with a new deadline of October 12, 2026.

6. Mr. Gill is requesting a continuance to allow additional time for plea negotiations. The parties are discussing a potential plea resolution that appear to be favorable to Mr. Gill, but counsel needs additional time to discuss it with Mr. Gill. As the Court is aware, defendants in this district often receive less favorable plea offers—and are severely constrained in their plea negotiations—post-indictment. Continued pre-indictment plea negotiations would permit Mr. Gill

an opportunity to reach a plea agreement with the United States and potentially limit his sentencing exposure. Undersigned counsel needs additional time to review the evidence and discuss plea possibilities with Mr. Gill. His interests will be harmed if he is indicted because potential favorable plea offers will no longer be available to him. Accordingly, undersigned counsel requests additional time to work with the United States to see if a pre-indictment resolution can take place.

7. Given the fact that ongoing negotiations with the United States require additional time, and the potential consequences to Mr. Gill's position if he is indicted, the ends of justice will be served by a continuance of the grand jury deadline by an additional 60 days until October 12, 2026. Additionally, Mr. Gill will not suffer any prejudice if the motion is granted.

Assistant United States Attorney James Dickens does not oppose this motion.

Wherefore pursuant to 18 U.S.C. § 3161 (h)(7)(A) and mindful of the mandate of *United States v. Toombs*, 574. F.3d 1262 (10th Cir. 2009), Mr. Gill moves this Court for an additional continuance of the grand jury time, to allow the parties to complete the ongoing and mutually beneficial negotiations regarding resolution of this matter. Because of the high stakes involved for Mr. Gill, his interest in having additional time outweighs his and the public's interest in a speedy trial.

Respectfully submitted,

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, N.M. 87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

I hereby certify that a true and correct copy of the foregoing was electronically submitted this 30th day of July, 2026 to all counsel listed on the e-filing system

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm