**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No. 26-2806 MJ

JACOB WAYNE GILL,

Defendant.

**ORDER SETTING CONDITIONS OF RELEASE**

The following conditions for release for the above defendant are hereby established as stated in open court on July 27, 2026:

__XXX__ A. Cash bond in the amount of $10,000.00

_______ B. Unsecured bond in the amount of $5,000.00

_______ C. Third party custodian to Diersen Charities Halfway House.

__XXX__D. All Standard and Special Conditions as listed:

| |
|---|
| Not violate federal, state, or local law while on release. |
| Cooperate in the collection of a DNA sample if the collection is authorized by 42 USC 14135a. |
| Advise the Court or Pretrial Services in writing before making any change of residence or phone number. |
| Appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose. |
| Defendant must advise the Court or the Pretrial Services office or supervising officer in writing before making any change of residence or telephone number. |
| Sign an Appearance Bond, if ordered. |
| Defendant released to the third party custody of: **KAYLA RENE GILL.** |
| Defendant must reside with the third party custodian. |
| Report for supervision to Pretrial Services as directed. |
| Continue or actively seek employment, which does not require internet access. |
| Surrender and not obtain a passport or other international travel documents. |
| Travel restricted to county of residence (Cowlitz County) with direct trave to Las Cruces, New Mexico to attend court proceedings and meet with attorney. Pretrial is authorized to expand travel. **NO TRAVEL OUT OF THE COUNTRY.** |
| Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: co-defendants. May have contact with his wife |

| |
|---|
| Refrain from any use or possession of a firearm, destructive device, or other dangerous weapon or ammunition. |
| Not use alcohol excessively and submit to random alcohol screening as directed by Pretrial Services. |
| No access to internet. |
| Must participate and comply with the United States Probation Office's Computer Restriction and Monitoring Program (CRMP). Cooperation shall include, but not limited to, identifying computer systems, internet capable devices, and/or similar electronic devices the defendant has access to, and allowing the installation of monitoring software/hardware on said devices at the defendant's expense. The defendant may be limited to possessing only one personal internet capable device to facilitate the probation office's ability to effectively monitor his/her internet activity. The defendant shall also permit random examinations of said computer systems, internet capable devices, and similar electronic devices, and related computer peripherals under his/her control. The defendant shall inform any other users that said systems, devices, etc., may be subject to examination. |
| Participate in the location monitoring program as directed by pretrial services and comply with all of the program requirements and instructions, employing the following technology and component:<br><br>Technology: **Active Global Positioning System (GPS)**<br><br>Component: **Home Detention**<br><br>Defendant must pay all or part of the cost of the program based on ability to pay. |
| Submit to a search of his person, property, or automobile under his control to ensure compliance with all conditions of supervision. He must inform any residence that the premises may be subject to a search. |
| Comply with a daily curfew as directed by Pretrial Services or supervision officer. |
| Not have contact with anyone under the age of 18. |
| Must not loiter within 100 feet of school yards, parks, playgrounds, arcades or other places uses primarily by children under the age of 18. |
| Report as soon as possible to Pretrial Services, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. |

The United States Marshal is ORDERED to keep the defendant in custody until notified by the Clerk that the defendant has posted bond and/or complied with all other conditions for release.

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE