IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | NO. | 26-MJ-2806-GJF |
| JACOB WAYNE GILL, | ) | |
| Defendant. | ) | |

ORDER STAYING ORDER SETTING CONDITIONS OF RELEASE

THIS MATTER having come before the Court, upon the United States' Motion for Stay of Order Setting Conditions of Release and Notice of Appeal, the Court having reviewed the motion and being fully advised in the premises, finds that the motion is well taken and shall be granted.

IT IS THEREFORE ORDERED that the Order Setting Conditions of Release filed in this case as to defendant on July 27, 2026, be stayed until resolution of this matter.

UNITED STATES DISTRICT JUDGE