# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable Sarah M. Davenport

**CASE NO.:** 26MJ2806GJF **DATE:** 8/20/2026

**TIME IN COURT:** 46 MINUTES

**TITLE:** UNITED STATES V. GILL

**COURTROOM CLERK:** ANNETTE NANEZ **COURT REPORTER:** FATIMA SANCHEZ

( ) Albuquerque ( X) Las Cruces ( ) Santa Fe ( ) Roswell

( ) Bench warrant ordered **INTERPRETER:** N/A

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
JONI STAHL

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
JASON BOWLES
ROBERT J. GORENCE

**TYPE OF PROCEEDING:** APPEAL OF RELEASE ORDER

**EVIDENTIARY:** No

**PROCEEDINGS:**

**12:07 PM-COURT IN SESSION**

PARTIES ENTERED THEIR APPEARANCES

GOVERNMENT ADDRESSES THE COURT REQUEST THE COURT DETAINED THE DEFENDANT

DEFENSE COUNSEL ASKED THE COURT TO ADOPT THE U.S PRETRIAL SERVICE RECOMMENDATION.

VICTIMS FATHER SPOKE TO THE COURT

COURT- DETAINED THE DEFENDANT AS A FLIGHT RISK AND A DANGER TO THE COMMUNITY.

GOVERNMENT WILL SUBMIT A PROPOSED ORDER TO THE COURT WITH THE DEFENSES APPROVAL.

**12:53 PM- COURT IS IN RECESS**