**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 26-mj-02806-GJF |
| | ) | |
| JACOB WAYNE GILL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REVOKING ORDER SETTING CONDITIONS OF RELEASE**

THIS MATTER is before the Court on the United States of America's (Government) Notice of Appeal and Motion to Stay Order Setting Conditions of Release filed July 31, 2026, ECF No. 15, and Brief in Support of Detention (Appeal), filed August 19, 2026, ECF No. 25. Pursuant to 18 U.S.C. § 3145(a), the government seeks review of Magistrate Judge Gregory J. Fouratt's Order Setting Conditions of Release (Release Order) entered on July 27, 2026. See ECF Nos. 16, 17. The Court held a hearing on August 20, 2026. See ECF No. 22. Due to the untimely filing of the government's appeal, at the close of the hearing, defendant Jacob Wayne Gill (Defendant), through counsel, was given the opportunity to file a response prior to the Court issuing a ruling on the appeal. The defendant asked the Court to rule on detention without further briefing.

Upon due consideration of the parties' briefing, oral arguments, the record, and applicable law, the Court **FINDS** by a preponderance of the evidence that the defendant is a flight risk and by clear and convincing evidence that the defendant is a danger to the community. Therefore, no condition or combination of conditions would reasonably assure the defendant's appearance as required.

**IT IS HEREBY ORDERED** that the government's appeal is **GRANTED** and the release order is **REVOKED**. Accordingly, the defendant shall remain detained pending trial in this matter.

UNITED STATES DISTRICT JUDGE