IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 26-MJ-0002806 GBW |
| | ) | |
| JACOB GILL, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF INTENT TO PLEA**

Defendant Jacob Gill, by and through his counsel of record, Jason Bowles of Bowles Law Firm, hereby notifies this Court of his intention to enter into a plea agreement. Jacob Gill has accepted a plea offer from the United States Attorney's Office. Mr. Gill needs additional time to sign the plea and additional paperwork to request a plea hearing from this Court. Assistant United States Attorney James Dickens does not oppose this notice.

Respectfully submitted,

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, N.M. 87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

I hereby certify that a true and correct copy of the foregoing was electronically submitted this 5th day of October, 2026 to all counsel listed on the e-filing system

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm